.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Benjamin Hendricks**                                    JUDGMENT IN A CIVIL CASE

vs.                                                      **Case No.** 2:11-cv-938

                                                         **Magistrate Judge King**

**Tobbi Reeves-Valentine, et al**


[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

   IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and  Order  filed on February 15, 2013 judgment is  entered in favor of defendant.

Date: February 15, 2013                               **John P. Hehman, Clerk**

                                                      By: _s/Rashan Spraggins_____
                                                         Rashan Spraggins , Deputy Clerk


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees
         vs                           Case Number: 2:08cv-952